UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | ) Case No. 15-10800 |
| | ) |
| David J. Tucci, | ) Chapter 13 |
| | ) |
| Debtor | ) |
| | ) |

## MOTION BY DEBTOR TO VOLUNTARY DISMISS CASE

Debtor hereby respectfully moves this Honorable Court to dismiss his Chapter 13 bankruptcy case. Debtor states he has alternate means to handle his finances.

Respectfully Submitted,
Richard D. Smeloff,

*/s/ Richard D. Smeloff*
Richard D. Smeloff
Smeloff & Associates
500 Granite Ave, Suites 7&8
Milton, MA 02186
(617) 690-2124
BBO# 567869
rsmeloff@msn.com

Dated: May 21, 2015

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re ) Case No. 15-10800
)
David J. Tucci, ) Chapter 13
)
  Debtor )
_____)

## CERTIFICATE OF SERVICE

I, Richard D. Smeloff, counsel for the above-named Debtor, do hereby certify that on May 21, 2015, a true and accurate copy of the foregoing Motion by Debtor to Voluntary Dismiss Case was served on the following parties and to those listed on the attached Matrix via first class mail, postage pre-paid or electronically.

By electronic mail using Court's CM/ECF system:

John Fitzgerald, Office of the United States Trustee
Carolyn Bankowski, Chapter 13 Trustee
Christina Trust c/o Martin Mooney

By regular mail, postage pre-paid:

David J Tucci
7 Walnut Court
Rockland, MA 02370

*/s/ Richard D. Smeloff*
Richard D. Smeloff
Smeloff & Associates
500 Granite Ave., Suites 7&8
Milton, MA 02186
(617) 690-2124
BBO# 567869
rsmeloff@msn.com

Collection
Po Box 981025
Boston, MA 02298

Murphy & Lupan, PA
5 Commonwealth Road
Natick, MA 01760

Peter Roberts & Associ
231 E Main St Ste 2a
Milford, MA 01757

Rushmore Loan Mgmt Ser
15480 Laguna Canyon Rd S
Irvine, CA 92618